FERDINAND THOMMESSEN, complainant,

*v.*

ABSECON LAND COMPANY and JOHN R. STRINGER, defendants.

[Determined June 25th, 1924.]

On bill for specifice performance. On final hearing.

*Mr. John C. Reed,* for the complainant.

*Messrs. Bourgeois & Coulomb,* for the defendants.

INGERSOLL, V. C.

I will advise a decree dismissing the bill. If necessary, I will write a memorandum.